**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 23-76

Caption [use short title]

Motion for: Admission Pro Hac Vice

Set forth below precise, complete statement of relief sought:

The undersigned moves for admission pro hac vice as counsel for Appellant-Plaintiff Terrence Reynolds

Reynolds v. City of New York

MOVING PARTY: Appellant-Plaintiff
OPPOSING PARTY: City of New York

☐ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

MOVING ATTORNEY: Geoffrey T. Mott, Esq
OPPOSING ATTORNEY: Kevin Osowski, Esq.

[name of attorney, with firm, address, phone number and e-mail]

The Law Offices of Geoffrey T. Mott, P.C.
New York City Law Department

7600 Jericho Turnpike, Suite 105, Woodbury, NY 11797
100 Church Street, New York, NY 10007

516-544-4600 gmott@geoffreymottlaw.com
212-356-5043 kosowski@law.nyc.gov

Court- Judge/ Agency appealed from: Southern District of New York - Valerie E. Caproni, U.S. District Judge

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1)?
☑ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date: _____

**Signature of Moving Attorney:**

/s/Geoffrey T. Mott Date: 2/6/2023 Service by: ☑ CM/ECF ☑ Other [Attach proof of service]

Form T-1080 (rev.12-13)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

TERRENCE REYNOLDS,　　　　　　　　　　Case No.　23-76

　　　　Plaintiff-Appellant,　　　　　Judge

v.

THE CITY OF NEW YORK,

　　　　Defendant-Appellee.

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 46.1 (d) of the Local Rules of the United States Court of Appeals for the Second Circuit, Geoffrey T. Mott hereby respectfully moves this Court for an Order for admission to practice Pro Hac Vice to appear as Counsel for Plaintiff-Appellant TERRENCE REYNOLDS in the above-captioned action.

I am in good standing of the bars of the state of New Jersey, New York, and the Eastern District of New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have attached the affidavit pursuant to Local Rule 46.1 (d).

Dated: February 6, 2023

　　　　　　　　　　　　　　　　　　　**/s/ GEOFFREY T. MOTT**
　　　　　　　　　　　　　　　　　　　GEOFFREY T. MOTT, ESQ.
　　　　　　　　　　　　　　　　　　　7600 Jericho Turnpike, Suite 105
　　　　　　　　　　　　　　　　　　　Woodbury, New York 11797
　　　　　　　　　　　　　　　　　　　Tel:　　(973) 655-8989
　　　　　　　　　　　　　　　　　　　Fax:　　(973) 655-0077
　　　　　　　　　　　　　　　　　　　gmott@geoffreymottlaw.com
　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff-Appellant*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

TERRENCE REYNOLDS,   Case No.   23-76

    Plaintiff-Appellant,   Judge

v.

THE CITY OF NEW YORK,   **AFFIDAVIT SUPPORTING ADMISSION *PRO HAC VICE***

    Defendant-Appellee.

I, Geoffrey T. Mott, having been duly sworn, state the following:

1. I am the president of the Law Offices of Geoffrey T. Mott, P.C.

2. I am submitting an application to the Second Circuit for admission *pro hac vice.*

3. I file this motion because I was retained recently in the above case. The Plaintiff-Appellant filed a Notice of Appeal.

4. I have no plans and do not intend to practice frequently in the Second Circuit.

5. I am a member of the New York and New Jersey Bars, and I am admitted to practice in the United State District Court for the District of New Jersey and the Eastern District of New York.

I declare under the penalty of perjury that the foregoing is true and accurate.

Dated: February 6, 2023

    **/s/ GEOFFREY T. MOTT**
    GEOFFREY T. MOTT, ESQ.
    7600 Jericho Turnpike, Suite 105
    Woodbury, New York 11797
    Tel:   (973) 655-8989
    Fax:   (973) 655-0077
    gmott@geoffreymottlaw.com
    *Counsel for Plaintiff-Appellant*

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Reynolds**

v.

**City of New York**

**CERTIFICATE OF SERVICE***

Docket Number: **23-76**

I, **Samuel Miller, Esq.**, hereby certify under penalty of perjury that
(print name)

on **February 6, 2023**, I served a copy of **Motion for Admission**
(date)
Pro Hac Vice for Geoffrey T. Mott

(list all documents)

by (select all applicable)**

___ Personal Delivery   **X** United States Mail   ___ Federal Express or other Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties:

| Kevin Osowski | 100 Church Street | New York | NY | 10007 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**2/6/2023**
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)