## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Reynolds v. City of New York    Docket No.: 23-76

Lead Counsel of Record (name/firm) or Pro se Party (name): Geoffrey T. Mott, Esq. of The Law Offices of Geoffrey T. Mott, P.C.

Appearance for (party/designation): Appellant Terrence Reynolds

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
Parties: _____
[ ] Incorrect. Please change the following parties' designations:
Party                                      Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen

Name: Geoffrey T. Mott, Esq.
Firm: The Law Offices of Geoffrey T. Mott, P.C.
Address: 7600 Jericho Turnpike, Suite 105, Woodbury, New York 11797
Telephone: 516-544-4600        Fax: 516-544-4601
Email: gmott@geoffreymottlaw.com

### RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are:_____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on_____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _/s/_
Type or Print Name: GEOFFREY T. MOTT, ESQ.
    OR
Signature of pro se litigant: _____
Type or Print Name:_____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.