**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: March 30, 2023 | DC Docket #: 22-cv-1910 |
| Docket #: 23-76cv | DC Court: SDNY (NEW YORK CITY) |
| Short Title: Reynolds v. City of New York | DC Judge: Caproni |

### NOTICE OF EXPEDITED APPEAL

By notice filed January 17, 2023, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellant's brief is due no later than May 4, 2023, 35 days from the date of this notice. Appellee's brief is due no later than June 8, 2023 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8623.