# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand twenty-three,

_____

Terrence Reynolds,

      Plaintiff - Appellant,

v.

City of New York,

      Defendant - Appellee.

**ORDER**
Docket Number: 23-76

_____

A notice of appeal was filed on January 17, 2023. Appellant's brief and any required appendix, due May 4, 2023, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal is dismissed effective May 22, 2023 if the brief and any required appendix are not filed by that date. No extension of time to file will be granted.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

