# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of May, two thousand twenty-three.

_____

Terrence Reynolds,

        Plaintiff - Appellant,

v.

City of New York,

        Defendant - Appellee.

_____

**ORDER**

Docket No. 23-76

Appellee filed a Local Rule 31.2 scheduling notification proposing a brief filing date of August 21, 2023. Appellee is advised that this appeal has been placed on the Court's Expedited Appeals Calendar. *See* ECF No. 41.

IT IS HEREBY ORDERED that Appellee's brief is due June 26, 2023, which is 35 days after the date Appellant's brief was filed.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

