NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Reynolds v. City of New York          Docket No.: 23-0076

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Cathryn A. Harris-Marchesi

Firm: Law Office of Geoffrey T. Mott

Address: 7600 Jericho Turnpike, Suite 105

Telephone: (516) 544-4600          Fax:

E-mail: charris@geoffreymottlaw.com

Appearance for: Terrence Reynolds/Appellant
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Geoffrey T. Mott _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: Cathryn A. Harris-Marchesi