## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Reynolds v. City of New York**  Docket No.: **23-0076**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Cathryn A. Harris-Marchesi**

Firm: **Law Office of Geoffrey T. Mott**

Address: **7600 Jericho Turnpike, Suite 105**

Telephone: **(516) 544-4600**   Fax:

E-mail: **charris@geoffreymottlaw.com**

Appearance for: **Terrence Reynolds/Appellant**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Geoffrey T. Mott** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: _[signature]_

Type or Print Name: **Cathryn A. Harris-Marchesi**