

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

KEVIN OSOWSKI
*Assistant Corporation Counsel*
Phone: 212-356-5043
kosowski@law.nyc.gov

July 19, 2023

Honorable Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Reynolds v. City of New York*
Docket No. 23-76

Dear Ms. O'Hagan Wolfe:

I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, the attorney for defendant-appellee in the above-captioned appeal.

I write to ask that my name be removed from the docket as representing defendant-appellee, as I will soon be leaving employment with the Corporation Counsel's office.

Thank you for your attention to this matter.

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*
*of the City of New York*
Attorney for Defendant-Appellee

By: \_\_\_\_/s/ Kevin Osowski\_\_\_\_\_
Kevin Osowski
Assistant Corporation Counsel