# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Reynolds v. City of New York   Docket No.: 23-76

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Cathryn Harris-Marchesi

Firm: Law Offices of Cathryn Harris-Marchesi

Address: 1225 Franklin Avenue, Suite 325, Garden City, NY 11530

Telephone: (516) 382-7082   Fax:

E-mail: cathrynaharris@gmail.com

Appearance for: Terrance Reynolds/Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Law Offices of Geoffrey T. Mott, Geoffrey T. Mott, Esq. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 07/18/2023   OR

☐ I applied for admission on _____ .

Signature of Counsel: Cathryn Harris-Marchesi /s/

Type or Print Name: Cathryn A. Harris-Marchesi